1
2
3
4

Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

5
6

Attorneys for Plaintiff
Frances Lynn Foreman

7

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

FRANCES LYNN FOREMAN,

          Plaintiff,

    vs.

CAROLYN W. COLVIN,[1] Acting
Commissioner of Social Security,

         Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: ED CV 12-01136 SP

ORDER AWARDING EQUAL
ACCESS TO JUSTICE ACT
ATTORNEY FEES AND EXPENSES
PURSUANT TO 28 U.S.C. § 2412(d)
AND COSTS PURSUANT TO 28
U.S.C. § 1920

17

18

19

      Based upon the parties' Stipulation for the Award and Payment of Equal
Access to Justice Act Fees, Costs, and Expenses:

20

21

22
23
24
25
26

[1] Carolyn W. Colvin became the Acting  Commissioner of Social Security on
February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil
Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner
Michael J. Astrue as Defendant in this suit. No further action need be taken to
continue this suit by reason of the last sentence of section 205(g) of the Social
Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting
Commissioner as the Commissioner.

-1-

1    IT IS ORDERED that fees and expenses in the amount of $3,600.00 as

2 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

3

DATE:  May 2, 2013

4

5                              _____/s/ Sheri Pym_____
                              THE HONORABLE SHERI PYM
6                              UNITED STATES MAGISTRATE JUDGE

7

8

9 Respectfully submitted,

10 LAW OFFICES OF Lawrence D. Rohlfing

11    /s/ *Steven G. Rosales*

12 _____
Steven G. Rosales
13 Attorney for plaintiff Frances Lynn Foreman

14

15

16

17

18

19

20

21

22

23

24

25

26