1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Frances Lynn Foreman
6

7
           **UNITED STATES DISTRICT COURT**
8
           **CENTRAL DISTRICT OF CALIFORNIA**
9

10 | FRANCES LYNN FOREMAN, | ) Case No.: ED CV 12-01136 SP |
|---|---|
11 |                       | ) |
   | Plaintiff,            | ) ORDER AWARDING EQUAL |
12 |                       | ) ACCESS TO JUSTICE ACT |
   | vs.                   | ) ATTORNEY FEES AND EXPENSES |
13 |                       | ) PURSUANT TO 28 U.S.C. § 2412(d) |
   | CAROLYN W. COLVIN,[1] Acting | ) AND COSTS PURSUANT TO 28 |
   | Commissioner of Social Security, | ) U.S.C. § 1920 |
14 |                       | ) |
   |                       | ) |
15 | Defendant             | ) |
   |                       | ) |
16

17
       Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19

20

21

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

1     IT IS ORDERED that fees and expenses in the amount of $3,600.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: May 2, 2013

                /s/ Sheri Pym
        THE HONORABLE SHERI PYM
        UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

    /s/ *Steven G. Rosales*
_____
Steven G. Rosales
Attorney for plaintiff Frances Lynn Foreman

-2-